```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASENO.10-60154-CIV-COHN
                              MAGISTRATE JUDGE P.A. WHITE
```

BILLY LEWIS,                       :

    Plaintiff,                 :
                                                                            REPORT OF
v.                                 :   MAGISTRATE JUDGE

HOLLYWOOD POLICE DEPT.,ET AL.,

    Defendants.                :
_____

    The plaintiff, Billy Lewis, filed a _pro se_ prisoner civil rights case pursuant to 42 U.S.C. §1983. The plaintiff filed a motion to proceed _in forma pauperis_ and provided the prison account statement required by 28 U.S.C. §1915(a)and (b), as amended April 26, 1996. The plaintiff's inmate account indicated he could pay an initial installment fee. He was ordered to pay $6.60 on or before March 8, 2010. The Court's Order cautioned the plaintiff that failure to comply with the Court's Order may result in dismissal of his case. The plaintiff has filed nothing further in this case.

    It is therefore recommended that this case be dismissed without prejudice for lack of prosecution. The Court takes judicial notice that the plaintiff does not always have control over when funds are withdrawn from his prison account. The plaintiff may pay the Clerk's initial installment fee with his objections.

    Objections to this Report may be filed within fourteen days following receipt.

Dated this 12th day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Billy Lewis, Pro Se
    No. L70722
    Dade Correctional Institution
    Miami, Florida
    Address of record