UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10–60154-CIV-COHN/WHITE

BILLY LEWIS,

        Plaintiff,

vs.

HOLLYWOOD POLICE DEPARTMENT, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Report of Magistrate Judge [DE 7] ("Report and Recommendation") submitted by United States Magistrate Judge Patrick A. White regarding Plaintiff's *pro se* Complaint [DE 1] filed pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint [DE 1], the Report and Recommendation [DE 7], Plaintiff's Objection to Magistrate Judge's Report [DE 8], and is otherwise advised in the premises.

On February 1, 2010, Plaintiff filed an Application to Proceed without Prepayment of Fees [DE 4] along with a supporting financial affidavit. On February 16, 2010, Judge White entered an Order on IFP Motion Requiring Payment of Filing Fee by Installment [DE 5] which directed Plaintiff to pay the sum of $6.60 to the Clerk on or before March 8, 2010. Plaintiff failed to remit payment. Therefore, on March 12, 2010, Judge White entered the Report and Recommendation which concluded that Plaintiff's

1

case should be dismissed without prejudice for lack of prosecution. Judge White advised Plaintiff that he had fourteen days to file objections and that if Plaintiff paid the installment fee with his objections the case would be allowed to proceed.

On March 30, 2010, Plaintiff filed his Objection to Magistrate Judge's Report in which he describes the administrative difficulties in submitting the payment. Plaintiff then represents that he "contacted his relative and elected them to pay the Court's Order of $6.60. On March 22, 2010, the payment was made . . . ." DE 8 at 2. To date, the Court is unable to verify that a payment has in fact been made. There is no docket entry to support Plaintiff's representation. In addition, the Court has contacted the Clerk's office and confirmed that they have no knowledge of a payment related to this case.

Accordingly, the case will be dismissed without prejudice. Plaintiff advised that this is not a determination on the merits of his claims. In other words, this Order will not bar Plaintiff from refiling his Complaint once he is in a position to make the required payment. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 7] is **ADOPTED**.
2. Plaintiff's Complaint [DE 1] is **DISMISSED without prejudice**.
3. All pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 28th day of April, 2010.

JAMES I. COHN
United States District Judge

2

Copies provided to:

Billy James Lewis, Jr.
DC #L70722
Dade Correctional Institution
19000 S.W. 377 Street
Florida City, FL 33034